MARK D. LONERGAN (State Bar No. 143622)
MARY KATE SULLIVAN (State Bar No. 180203)
RAYMOND H. CHO (State Bar No. 240556)
rc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A. (erroneously sued as WELLS FARGO N.A.), WELLS FARGO HOME MORTGAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GINA S. DELACRUZ AND JESSE DELACRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO N.A. AND WELLS FARGO HOME MORTGAGE AND DOES 1-10,<br><br>Defendants. | Case No.:  2:11-cv-00321-LKK-EFB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS WELLS FARGO BANK, N.A. (ERRONEOUSLY SUED AS WELLS FARGO N.A.) AND WELLS FARGO HOME MORTGAGE'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge:  Hon. Lawrence K. Karlton<br>Removal Date: February 3, 2011<br>Complaint Date:  December 29, 2010 |

Plaintiffs Gina S. Delacruz and Jesse Delacruz ("Plaintiffs") and defendants Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo N.A.) and Wells Fargo Home Mortgage (collectively "Wells Fargo" or "Defendants"), through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a civil complaint in the Superior Court of California, County of Placer on December 29, 2010, Case No. MCV0049128, and served it on Wells Fargo on January 4, 2011;

WHEREAS, Wells Fargo filed a Notice of Removal on February 3, 2011, removing this matter to the United States District Court, Eastern District of California, Sacramento Division;

THEREFORE, on February 9, 2011, Plaintiffs agreed to grant Wells Fargo a three week extension on the deadline to file a responsive pleading to the Complaint.

In light of the foregoing, plaintiffs Gina S. Delacruz and Jesse Delacruz and defendants Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo N.A.) and Wells Fargo Home Mortgage hereby agree and stipulate to extend Defendants' deadline to file a responsive pleading to the Complaint until March 3, 2011.

DATED:  February 9, 2011                GRAHAM & MARTIN, LLP


By:            / s / Anthony Graham
                    Anthony Graham

Attorneys for Plaintiffs
Gina S. Delacruz; Jesse Delacruz


DATED:  February 9, 2011                SEVERSON & WERSON
                                        A Professional Corporation


By::            / s / Raymond H. Cho
                    Raymond H. Cho

Attorneys for Defendants
Wells Fargo Bank, N.A.; Wells Fargo Home Mortgage

Filer's Statement: Pursuant to CM/ECF Final Procedure Section 15.2, I have obtained approval and authorization from Anthony Graham to annotate his signature on this electronic filing pursuant to Section 15.1.

**ORDER**

Pursuant to the stipulation of the parties:

The time for defendants Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage to file a responsive pleading to the complaint filed by plaintiffs Gina S. Delacruz and Jesse Delacruz shall be extended to March 3, 2011.

**IT IS SO ORDERED.**

Date:  February 15, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California; my business address is Severson & Werson, A Professional Corporation, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION TO EXTEND DEFENDANTS WELLS FARGO BANK, N.A. AND WELLS FARGO HOME MORTGAGE'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT UNTIL MARCH 3, 2011**

on all interested parties in said case addressed as follows:

Anthony Graham                              *Attorneys for Plaintiffs*
Graham & Martin, LLP
3130 South Harbor Blvd., Suite 250
Santa Ana, CA 92704
(714) 850-9390

☒ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)**  By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)**  By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY EXPRESS MAIL)**  By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA 94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

☐ **(BY FAX)**  By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address.  The transmission was reported as complete and without error.

☐ **(BY ELECTRONIC SERVICE)**  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☐ **(BY ELECTRONIC TRANSMISSION)**  By sending a file of the above documents(s) via electronic transmission (e-mail) at _____ am./pm. using e-mail address (rc@severson.com) to the e-mail address designed for each party identified above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in San Francisco, California, on February 9, 2011.

Marilyn Hechmer