UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINA S. DELACRUZ and
JESSE DELACRUZ,

          NO. CIV. S-11-0321 LKK/EFB

    Plaintiffsm

  v.

          O R D E R

WELLS FARGO N.A. and
WELLS FARGO HOME
MORTGAGE and DOES1-10,

    Defendants.
_____/

    A status conference was held in chambers on April 11, 2011. After hearing, the court orders as follows:

    1.   Plaintiff is granted fifteen (15) days to file an amended complaint.

    2.   A further status conference is set for June 20, 2011 at 2:30 p.m.  The parties shall filed updated status reports fourteen (14) days prior to the conference.

    IT IS SO ORDERED.

    DATED: April 14, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1