1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA–SACRAMENTO DIVISION

| | |
|---|---|
| GINA S. DELACRUZ AND JESSE DELACRUZ,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO N.A. AND WELLS FARGO HOME MORTGAGE AND DOES 1-10,<br><br>    Defendants. | Case No.: 2:11-cv-00321-LKK-EFB<br><br>**STIPULATION AND ORDER TO STAY ACTION**<br><br>Judge:  Hon. Lawrence K. Karlton<br>Removal Date: February 3, 2011<br>Complaint Date:  December 29, 2010 |

Plaintiffs Gina S. Delacruz and Jesse Delacruz ("Plaintiffs") and defendants Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo N.A.) and Wells Fargo Home Mortgage (collectively "Wells Fargo"), through their undersigned counsel of record, hereby jointly submit this Stipulation and [Proposed] Order staying this proceeding.

Wells Fargo and Plaintiffs have agreed to the terms of a Special Forbearance Plan ("Plan") in which Plaintiffs' loan will be reviewed for a potential modification upon Plaintiffs' performance of certain terms within the Plan.

The parties agree that the action should be stayed pending Plaintiffs' performance of the Plan terms, and any determination of a potential modification of Plaintiffs' loan.  Therefore, Plaintiffs and Wells Fargo hereby jointly stipulate, subject to Court order, that this action be stayed in its entirety until July 22, 2011.  Any and all discovery in the action is stayed.

1

1   Plaintiffs and Wells Fargo also stipulate, subject to Court order, that all hearings and
2 status conferences and other deadlines associated with this action will be vacated and the Court
3 shall set a date for a status conference for sometime after July 22, 2011.
4   IT IS SO STIPULATED.

6 DATED:  April 25, 2011                                    GRAHAM & MARTIN, LLP

8
                                                            By:_____/ s / Anthony Graham_____
9                                                                        Anthony Graham

10                                                          Attorneys for Plaintiffs
                                                            Gina S. Delacruz; Jesse Delacruz

12
13 DATED:  April 25, 2011                                   SEVERSON & WERSON
                                                            A Professional Corporation

15                                                          By::_____/ s / Raymond H. Cho_____
                                                                         Raymond H. Cho
16
17                                                          Attorneys for Defendants
                                                            Wells Fargo Bank, N.A.; Wells Fargo Home
                                                            Mortgage

19 Filer's Statement: Pursuant to CM/ECF Final Procedure Section 15.2, I have obtained approval
   and authorization from Anthony Graham to annotate his signature on this electronic filing
20 pursuant to Section 15.1.

**ORDER**

Pursuant to the stipulation of the parties:

The action is stayed in its entirety until July 22, 2011.  Any and all discovery in the action is stayed.  All hearings and status conferences and other deadlines associated with this action will be vacated and a status conference will be set for August 8, 2011 at 10:00 a.m.  The parties shall file status reports fourteen (14) days prior to the conference.

**IT IS SO ORDERED.**

Date:  April 26, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07685/0857/909358.1

PROOF OF SERVICE
Case No.: 2:11-cv-00321-LKK-EFB